IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NATHANIEL L. COLEMAN**                                        **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:11cv223HSO-JMR**

**STATE OF MISSISSIPPI, ET AL.**                           **RESPONDENTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on December 12, 2011 [13-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion to Dismiss [10-1] filed July 11, 2011, is **GRANTED,** and Coleman's §2254 Petition is dismissed.

**SO ORDERED AND ADJUDGED**, this the 8th day of March, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE